1
2
3
4
5

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE MACHINIST PENSION TRUST,<br><br>    Plaintiff,<br><br>v.<br><br>HAMPTON FIDUCIARY, LLC dba VALLEY OLDS GMC TRUCK INC.,<br><br>    Defendant. | NO. 2:21-cv-01104-RSL<br><br>ORDER GRANTING EXTENSION OF TIME TO SERVE DEFENDANT |

In accordance with Plaintiffs' motion, it is hereby

ORDERED that the time to serve Defendant Hampton Fiduciary, LLC dba Valley Olds GMC Truck Inc. is extended for an additional 30 days.

Plaintiffs will file its Motion for Default no later than December 17, 2021.

Dated this 9th day of November, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING EXTENSION OF TIME - 1
CAUSE NO. 2:21-CV-01104-RSL

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE, SUIT 910
SEATTLE, WA 98101
(206) 224-9900