UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE MACHINIST PENSION TRUST,<br><br>      Plaintiff,<br><br>  v.<br><br>HAMPTON FIDUCIARY, LLC dba VALLEY OLDS GMC TRUCK INC.,<br><br>      Defendant. | NO. 2:21-cv-01104-RSL<br><br>ORDER DIRECTING ENTRY OF DEFAULT JUDGMENT |

  This matter comes before the Court on "Plaintiff's Motion for Default Judgment." Dkt. # 10. A default was entered against defendant Hampton Fiduciary, LLC dba Valley Olds GMC Truck Inc. on December 15, 2021, and plaintiff has shown that it is entitled to judgment in its favor.

  The Clerk of Court is therefore directed to enter judgment in plaintiff Board of Trustees of the Automotive Machinist Pension Trust favor and against defendant Hampton Fiduciary, LLC dba Valley Olds GMC Truck Inc as follows:

  $1,025,320.00 in withdrawal liability

  $190,119.61 in interest

  $205,064.00 in liquidated damages

ORDER DIRECTING ENTRY OF
DEFAULT JUDGMENT - 1

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE, SUIT 910
SEATTLE, WA 98101
(206) 224-9900

$622.00 in costs and

$435.00 in attorney fees.

The total judgment amount is $1,421,560.61. Post-judgment interest shall accrue at the rate of 12% per annum interest rate per annum from date of entry of Default Judgment, until paid.

Dated this 4th day of April, 2022.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER DIRECTING ENTRY OF
DEFAULT JUDGMENT - 2